## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**ANDREW L. JAMISON**                                                    **PETITIONER**

**v.**                                                    **No. 2:09CV219-B-D**

**M.D.O.C. STATE OF MISSISSIPPI**                                        **DEFENDANTS**

### FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 22, 2010, and the June 30, 2010, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated June 22, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the petitioner's "Motion [17] to Release Time Served Under 85 Percent Rule" is **DENIED**.

3.      That the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice.

4.      That this case is **CLOSED.**

THIS, the 30th day of July, 2010.

/s/ Neal Biggers

_____

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE